IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHRYN L. THOMPSON,<br>     Plaintiff | : |
| | : |
|     vs. | :   CIVIL NO. 1:CV-04-0798 |
| | :     (Judge Caldwell) |
| JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br>     Defendant | :   (Magistrate Judge Mannion)<br>:<br>: |

O R D E R

AND NOW, this 22nd day of April, 2005, upon consideration of the report of the Magistrate Judge, filed March 8, 2005 (doc. 11), to which no objections were filed, and upon independent review of the record, it is ordered that the Magistrate Judge's report is adopted. It is further Ordered, pursuant to the Magistrate Judge's recommendation, that Plaintiff's appeal is denied. The Clerk of Court shall close the file.

     /s/William W. Caldwell
    William W. Caldwell
    United States District Judge